KENNEDY BERKLEY YARNEVICH
& WILLIAMSON, CHARTERED
119 West Iron, 7th Floor
P.O. Box 2567
Salina, KS  67402-2567
(785) 825-4674 [Telephone]
(785) 825-5936 [Fax]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JOSEPH LANZRATH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. _____ |
| ) | |
| PIPELINE TECHNOLOGY COMPANY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## COMPLAINT

Plaintiff Joseph Lanzrath ("Joe"), for his cause of action against Defendant, Pipeline Technology Company ("PTC"), states and alleges as follows:

**Parties**

1. Joe is a resident of the State of Kansas.

2. PTC is a corporation and can be served with process by the person in charge of its principal office at 1331 N. 81 Bypass, P.O. Box 404, McPherson, KS 67460-0404.

**Jurisdiction**

3. The Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1343.

**Venue**

4. Venue is proper in the District Court for the District of Kansas pursuant to 28 U.S.C. § 1391.

**Allegations of Fact**

5. Joe is a 53-year old man who was employed by PTC in rail rack and trucks from June of 2019 to March of 2020.

6. During his employment, Joe received positive feedback and had no meaningful disciplinary issues.

7. PTC is a subcontractor for ONEOK, Inc. ("ONEOK") at its storage facility in Conway, Kansas. PTC has four units of three employees in each unit. Joe is the oldest employee in all four units.

8. In late 2019, Joe had a work-related accident resulting in a shoulder injury. During the treatment of his injury it was discovered that Joe had ruptured disks in his neck. PTC was aware of these medical issues.

9. On or about February of 2020, a maintenance position opened and ONEOK recommended Joe to PTC for the position. However, PTC awarded the position to a younger man who had less experience than Joe.

10. Throughout Joe's employment, he has been subjected to age-related commends referencing his age or calling him old.

11. On or about March 16, 2020, PTC terminated Joe's employment and indicated to him it was due to the COVID-19 pandemic.

12. The reasons given for Joe's termination and failure to promote him were pretextual and were actually due to Joe's age, or an actual or perceived disability.

13. Joe has suffered damages as a result of PTC's actions including, but not limited to, lost income and benefits.

14. Joe has exhausted his administrative remedies.

**Theories of Recovery**

## COUNT I

## AGE DISCRIMINATION

15. Joe realleges and incorporates herein the allegations contained in paragraphs 1 through 14 above.

16. Joe has been subjected to unlawful discrimination based on his age in violation of the Age Discrimination in Employment Act for which he is entitled to damages.

## COUNT II

## AMERICANS WITH DISABILITIES ACT

17. Joe realleges and incorporates herein the allegations contained in paragraphs 1 through 16 above.

18. Joe has been subjected to unlawful discrimination in violation of the Americans with Disabilities Act of 1990 for which he is entitled to damages.

WHEREFORE, Joe requests that the Court enter judgment in his favor and against PTC in an amount in excess of $75,000.00; that the costs of this action, including reasonable attorney fees, be assessed against PTC; and that the Court grant such other and further relief as it deems fair and equitable in the circumstances.

Dated: December 08, 2020.

RESPECTFULLY SUBMITTED,

  /s/   Larry G. Michel
Larry G. Michel   #14067
Laurel A. Michel   #27897
KENNEDY BERKLEY YARNEVICH
& WILLIAMSON, CHARTERED
119 West Iron Avenue, 7th Floor
P.O. Box 2567
Salina, KS  67402-2567

                (785) 825-4674 [Telephone]
                (785) 825-5936 [Fax]
                lmichel@kenberk.com
                laurelmichel@kenberk.com
                ATTORNEYS FOR PLAINTIFF

## DEMAND FOR TRIAL BY JURY

Plaintiff hereby requests pursuant to Fed.R.Civ.P. 38(b) that all issues of fact be tried to a jury.

                /s/  Larry G. Michel
                Larry G. Michel

## DESIGNATION OF PLACE OF TRIAL

Pursuant to D.Kan. Rule 40.2, Plaintiff designates Wichita, Kansas as the place of Trial.

                /s/   Larry G. Michel
                Larry G. Michel