KENNEDY BERKLEY
119 W. Iron Ave. – 7th Floor
PO Box 2567
Salina, Kansas 67402-2567
T:  (785) 825-4674
F:  (785) 825-5936

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JOSEPH LANZRATH, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 20-CV-1342-JAR-JPO |
| PIPING TECHNOLOGY CO., | ) |
| Defendant. | ) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(ii) Plaintiff, Joseph Lanzrath, and Defendant, Piping Technology Co., jointly stipulate that the above-referenced matter is dismissed with prejudice, each party to bear their own costs and attorney fees.

APPROVED BY:

 /s/  Ann M. Elliott
Ann M. Elliott  #25435
WISE & REBER, L.C.
120 W. Kansas Avenue, Suite B
McPherson, KS  67460
(620) 241-0554
aelliott@bwisecounsel.com
Attorney for Defendant

PREPARED AND APPROVED BY:

 /s/  Larry G. Michel
Larry G. Michel #14067
KENNEDY BERKLEY
119 W. Iron Avenue, 7th Floor
PO Box 2567
Salina, KS 67402-2567
T:   (785) 825-4674
F:   (785) 825-5936
E:   lmichel@kenberk.com
Attorney for Plaintiff